No. 94–9466.   JUDA ET AL. *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 94–9467.   WILLIAMS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 94–9468.   VILA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–9469.   YOUNG *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 94–9470.   VELASQUEZ *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 94–9472.   HOLLOWAY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 94–9479.   SPRADLEY *v.* WHITE, CLERK, SUPREME COURT OF FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 94–9483.   LUNSFORD *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 94–9484.   MORAN-LEON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 94–9491.   JONES *v.* NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 94–1811.   CUTLER ET AL. *v.* PHILLIPS PETROLEUM CO. Sup. Ct. Wash.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 94–1819.   FOX ET AL. *v.* BOARD OF TRUSTEES OF THE STATE UNIVERSITY OF NEW YORK ET AL.   C. A. 2d Cir.   Motion of Student Association of the State University of New York, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.